IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re:<br>SAVANDRA S. LEASSEAR | §<br>§   CASE NO. 05-35184-H4<br>§ |

TRUSTEE'S MOTION TO DEEM MORTGAGE CURRENT
AND REQUIRE DEBTOR(S) TO RESUME MORTGAGE PAYMENTS

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.
Represented parties should act through their attorney.**

TO THE HONORABLE U.S BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee, ("Trustee") moves this Court to deem the Mortgage Current and will show the court the following:

1. This bankruptcy case was filed on April 05, 2005.

2. Debtor(s) have completed all payments due under the Chapter 13 Plan as confirmed.

3. Pursuant to the confirmed plan and the Chapter 13 Trustee Procedures for Administration of Home Mortgage Payments, the Trustee has paid all on-going mortgage payments due under the Plan and has paid all pre (and post) petition arrearage claims set forth in the original and any amended proof of claim to US BANK.

4. The Trustee believes the mortgage claim of US BANK is current through
   April 01, 2010 .

5. Debtor(s) should resume making regular monthly mortgage payments beginning with the payment due for May 01, 2010. **Payments should be made in the amount of $930.60 to**

   **US BANK
   4801 FREDERICA ST
   OWENSBORO,  KY  42301**

Wherefore, the Trustee requests the Court to enter an order deeming the mortgage claim of US BANK is current through April 01, 2010, directing Debtor(s) to resume making regular monthly mortgage payments beginning with the payment due for May 01, 2010, and to granting him such other and further relief to which he may be entitled.

Respectfully Submitted,

/s/ David G. Peake
David G. Peake
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion to Deem Mortgage Current was served on April 07, 2010 upon all parties listed below as indicated.

| | |
|---|---|
| SAVANDRA S. LEASSEAR<br>PO BOX 79109<br>HOUSTON, TX  77279 | U.S Mail |
| ROGENA JAN ATKINSON<br>ATTORNEY AT LAW<br>3617 WHITE OAK DRIVE<br>HOUSTON,  TX  77007 | CM/ECF |
| US BANK<br>4801 FREDERICA ST<br>OWENSBORO,  KY  42301 | |

/s/ David G. Peake